UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

**Motion GRANTED for extension to 3/14/14.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:14-00001 |
| | ) | Judge Trauger |
| | ) | |
| COURTNEY MONTEZ SECREST | ) | |

MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS

Comes now the Defendant, through counsel, and moves this Honorable Court for an extension of thirty (30) days to file pretrial motions. Counsel states that discovery was just received on February 18, 2014. Discovery includes a large amount of documents, in addition to five CD's/DVD's containing videos and an interview. Counsel will need additional time to review the discovery with Mr. Secrest, analyze the evidence, complete the investigation of this matter, and thoroughly evaluate this case to determine what, if any, pretrial motions need to be filed.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Supervisory Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047